1022

[No. 35531-7-I. Division One. April 22, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. TIMOTHY RAY McMILLON, JR., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-1-03343-0, Anthony P. Wartnik, J., entered October 31, 1994. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Webster and Ellington, JJ.

[No. 35673-9-I. Division One. April 22, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. SAMMY MON SAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 93-1-06000-5, Dale Ramerman, J., entered October 4, 1994. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Kennedy, A.C.J., and Coleman, J.

[No. 35753-1-I. Division One. April 22, 1996.]

DAVID F. BAHR, *Appellant*, v. PAINEWEBBER, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 94-2-21336-9, Sharon S. Armstrong, J., entered November 16, 1994. *Affirmed* by unpublished opinion per Agid, J., concurred in by Webster and Becker, JJ.

[No. 35757-3-I. Division One. April 22, 1996.]

DONALD I. RICE, ET AL., *Appellants*, v. FRANK DESIMONE, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 94-2-08177-2, Liem E. Tuai, J., entered October 14, 1994. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Baker, C.J., and Ellington, J.